# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ANTHONY DAVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BILL DONAT, *et al.,*<br><br>　　　　　Defendants. | 3:08-CV-400-RCJ(VPC)<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Valerie P. Cooke, (#64[1]) entered on June 30, 2010, recommending Defendants' Motion For Summary Judgment (#51) be granted and Plaintiff's Motion for Summary Judgment (#31) be denied. No Objections have been filed.

The Court has conducted it's *de novo* review in this case, has fully considered the response of the Defendants, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#64) entered on June 30, 2010, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#64) entered on June 30, 2010, is adopted and accepted, and Defendants' Motion For Summary Judgment (#51) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (#31) is DENIED.

IT IS SO ORDERED.

DATED: this 12th day of August, 2010.

_____
ROBERT C. JONES
United States District Judge

---

[1] Refers to court's docket number.