AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JAMES ANTHONY DAVIS,

     Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER:  **3:08-cv-00400-RCJ-VPC**

BILL DONAT, et al,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' [51] Motion for Summary Judgment is GRANTED. FURTHER ORDERED that plaintiff's [31] Motion for Summary Judgment is DENIED.

 August 12, 2010                                                    **LANCE S. WILSON**
    Date                                                                                    Clerk

                                                          /s/   M. Campbell
                                                          Deputy Clerk